IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY DIVISION OF CHEMICAL EDUCATION EXAMINATIONS INSTITUTE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TORI GOTTSCHALL D/B/A TGOTTSCH,<br><br>　　　　Defendant. | Civil Action No. _____ |

## COMPLAINT

## INJUNCTIVE RELIEF & DAMAGES SOUGHT

Plaintiff American Chemical Society Division of Chemical Education Examinations Institute (the "Exams Institute"), by its undersigned attorneys, alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters:

### NATURE OF THE ACTION

1. This is a civil action for copyright infringement pursuant to 17 U.S.C. § 101, *et seq.* The Exams Institute brings this action against Defendant because she reproduced and distributed the Exams Institute's copyrighted official study guide for the ACS exam in general chemistry and sold copies of the infringing work on the Amazon.com online retail store for profit.

2. The Exams Institute seeks both injunctive and monetary relief as a result of Defendant's knowing and willful infringement of the Exams Institute's rights.

## THE PARTIES

3. The Exams Institute is a not-for-profit corporation of Washington, District of Columbia with its principal place of business at Iowa State University, 0213 Gilman Hall, Ames, Iowa 50011.

4. Defendant Tori Gottschall d/b/a TGOTTSCH is an individual citizen of the State of Florida with a place of residence at 22453 Eagles Watch Drive, Land O Lakes, Florida 34639.

## JURISDICTION AND VENUE

5. This action arises under the federal Copyright Act of 1976, 17 U.S.C. § 101, *et seq*. Subject matter jurisdiction over this action is conferred upon this Court by 17 U.S.C. § 411 and 28 U.S.C. §§ 1331, 1338(a) and (b). This Court also has diversity jurisdiction under 28 U.S.C. § 1332 because the Exams Institute and Defendant reside in different states, namely, Iowa and Florida, respectively, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

6. This court has personal jurisdiction over Defendant, and venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c). Defendant is a citizen of the State of Florida and a resident of this District, and a substantial portion of the activity about which the Exams Institute complains has taken place in this District.

## THE EXAMS INSTITUTE AND ITS COPYRIGHT RIGHTS

7. With roots tracing back to 1930, the Exams Institute is part of one of the technical divisions within the American Chemical Society. A not-for profit entity, the Exams Institute is responsible for the creation and distribution of high school and university-

level secured examinations related to the study of chemistry. The Exams Institute's membership spans the entire educational spectrum, and includes industry leaders concerned about the education and professional training of future chemists and other molecular scientists. The Exams Institute provides a common ground for teachers and students of chemistry to examine chemical education.

8. The Exams Institute's mission includes every aspect of chemistry assessment, including secured standardized examinations, placement examinations, laboratory safety examinations, and chemistry-focused test question banks for teachers who seek high-quality questions to use in classroom tests.

9. To help students study for the Exam Institute's university-level secured exam in General Chemistry, the Exams Institute offers a book entitled *Preparing For Your ACS Examination in General Chemistry: The Official Guide* (the "Guide"). The guide contains 113 pages of information in three categories: (1) a brief explanation of content in general chemistry, (2) example exam items where the question and answers are analyzed (so students can see not only why an answer is correct, but also how the other incorrect answers – called distractors – are devised for a multiple-choice item), and (3) practice questions for each section.

10. The Guide is subject to copyright protection and is registered under U.S. Copyright Registration No. TX0004252628, effective June 15, 1999. A true and correct copy of the Certificate of Registration is attached as Ex. A.

11. The Guide contains this prominent copyright notice: "© *1998 American Chemical Society Division of Chemical Education Examinations Institute*" and features this

prominent warning: *"All rights reserved. No part of this book may be reproduced or transmitted in any form of by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without written permission of the publisher."* A true and correct copy of the cover and copyright notice page of the Guide are attached as Ex. B.

12. The Guide is available only in bound paper copies and is not available in any electronic, mechanical, or other format.

13. The Exams Institute sells approximately 20,000 copies of the Guide each year for about $15.00 per copy. Accordingly, sale of the Guide make up a large percentage of the Exams Institute's annual operating budget. Because the Exams Institute is a not-for-profit entity, this revenue stream is critical to its educational mission. Moreover, the Guide is often sold in bulk to student affiliate groups, who resell the Guide to their members as a fundraising opportunity.

## DEFENDANT AND HER WRONGFUL ACTS

14. On or before February 18, 2010, the Exams Institute discovered that Defendant, an Amazon.com storefront seller with the user name TGOTTSCH, was selling unauthorized electronic copies of the Guide on the Amazon.com retail website for $8.00 per copy. In the comments section, Defendant stated that "This is an etext book. Can be sent through email." A true and correct copy of the February 18, 2010 printout from Amazon.com showing TGOTTSCH's offer is attached as Ex. C.

15. Because the Exams Institute does not offer the Guide as "an etext book" or in a manner that "[c]an be sent through email," the Exams Institute concluded that TGOTTSCH

had created and was distributing to third parties unauthorized copies of the Guide.

16. On or about March 1, 2010, the Exams Institute, through its counsel, sent a letter pursuant to 17 U.S.C. § 512(c) (*i.e.*, a DMCA takedown notice) to Amazon.com noting that TGOTTSCH was selling an infringing product and requesting that TGOTTSCH's storefront be disabled. Amazon.com appears to have complied with the takedown notice request.

17. On or about April 5, 2010, the Exams Institute, through its counsel, sent a subpoena pursuant to 17 U.S.C. § 512(h) (*i.e.*, a DMCA subpoena) to Amazon.com requesting the identity of TGOTTSCH.

18. On or about April 6, 2010, Amazon.com responded to the subpoena by identifying Defendant as the user known as TGOTTSCH. A true and correct copy of Amazon.com's response to the subpoena is attached as Ex. D.

19. Defendant reproduced and distributed the Guide in a format not permitted by the Exams Institute and compromised the Exams Institute's ability to control its copyright in the Guide and to realize the commercial advantage afforded by that copyright.

### INJURY TO THE EXAMS INSTITUTE AND THE PUBLIC

20. Defendant's unauthorized reproduction and distribution of the Guide violates the Exam Institute's exclusive rights under 17 U.S.C. § 106.

21. Defendant caused damage to the Exams Institute and the public by compromising the market for the Guide and compromising the Exams Institute control over its copyright in the Guide.

22. Defendant's activities have caused and, if not enjoined, will continue to cause irreparable harm to the Exams Institute.

23. Defendant's activities have caused and, if not enjoined, will continue to cause irreparable harm to the public, who has an interest in being free from unauthorized infringing products.

24. Exams Institute has suffered actual damages to be proven at trial.

25. The Exams Institute is entitled to recover from Defendant all damages, including attorneys' fees, it has sustained as a result of Defendants' acts of infringement, alleged above. Alternatively, ACS Examinations Institute is entitled to elect recovery of statutory damages and attorneys' fees and costs. 17 U.S.C. § 504(c) and 17 U.S.C. § 505.

**CLAIM FOR RELIEF**
**Federal Copyright Infringement**
**17 U.S.C. § 101 et seq.**

26. The Exams Institute repeats and realleges each and every allegation set forth in Paragraphs 1 through 25.

27. The Guide constitutes copyrightable subject manner.

28. The Guide was automatically subject to copyright protection under 17 U.S.C. § 102 (a) when it was fixed by the Exams Institute in a tangible format. The Certificate of Registration attached as Ex. A constitutes prima facie evidence of the validity of the copyright and the facts stated in the Certificate. 17 U.S.C. § 410(c). The Exams Institute is entitled to all statutory presumptions.

29. Without authority or permission, Defendant reproduced and distributed the Guide to third parties for her own commercial benefit.

30. Defendant's actions as described above constitute copyright infringement

31. The actions of Defendant described above have at all times relevant to this action

been willful and/or knowing.

32. As a direct and proximate result of the actions of Defendant's alleged above, the Exams Institute has been irreparably injured and has suffered monetary damages in an as yet undetermined amount.

## PRAYER FOR RELIEF

WHEREFORE, the Exams Institute requests that this Court enter judgment in its favor and award it relief including, but not limited to, the following:

A. An Order holding Defendant liable for willful copyright infringement;

B. An Order directing Defendant to pay Plaintiff damages, including but not limited to direct, consequential, indirect, compensatory, punitive damages, and/or statutory damages, including enhanced statutory damages for willful infringement;

C. An Order directing Defendant to reimburse Plaintiff's attorneys' fees and costs associated with this action;

D. An Order directing Defendant to destroy all copies of the Guide in her possession, custody, or control, whether hard-copy or electronic;

E. An Order preliminarily and permanently enjoining Defendant and all persons and/or entities in active concert or participation with her from copying and/or distributing the Guide in any manner, via any platform, using any technology.

F. An Order requiring Defendants to account for and pay to the Exams Institute all profits arising from Defendant's unlawful acts.

G. An Order requiring Defendant to disclose the number of copies of the Guide she made and/or distributed in any form by sale or otherwise, and the identity of each

recipient.

H.  An Order requiring Defendant to refund any money wrongfully taken from consumers who have purchased or in any way paid for copies of the Guide from the Defendant, in whole or in part.

I.  Such other relief as the Court may deem appropriate.

Respectfully submitted,

Date: April 23, 2010

By: _____
William C. Guerrant, Jr.
Florida Bar No.: 516058
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Boulevard
Suite 3700
Tampa, FL  33602
Tel: (813) 221-3900
Fax: (813) 221-2900
wguerrant@hwhlaw.com

Margaret A. Esquenet
Douglas A. Rettew
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C.  20001
Tel: (202) 408-4000
Fax: (202) 408-4400

Counsel for Plaintiff
American Chemical Society Division of Chemical Education Examinations Institute